**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT WOODS,

                          Petitioner,                        25 **CIVIL** 6292 (PMH)
                                                     20 **CR.** 626 (PMH)

      -against-

                                               **JUDGMENT**
UNITED STATES OF AMERICA,

                          Respondent.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2026, the motion for relief under 28 U.S.C. § 2255 is DENIED and the Petition is DISMISSED. Based on the foregoing, Woods' motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is DENIED and no hearing is necessary. As Woods has not made a substantial showing of a denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. NY. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in favor of Respondent; accordingly, the civil case pending under Docket No. 25-CV-06292 is closed.

**DATED:** New York, New York
          June 1, 2026

                                           **TAMMI M. HELLWIG**
                                       _____
                                           **Clerk of Court**

            **BY:**                  *K. mango*
                                         _____
                                           **Deputy Clerk**